**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| DIANE G. REED, THE CADLE COMPANY, § § § | |
| Plaintiffs, § § | Civil Action No.: 3:09-cv-1267-M |
| v. § § | |
| GARY R. COOPER, § § | |
| Defendant. § § | |

**ORDER**

By July 27, 2009, Trustee Diane G. Reed is directed to evidence, in detail, her plan to pursue the claims.

**SO ORDERED**.

July 21, 2009.

_____
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**